IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA        ALEXANDRIA DIVISION

AHSAN U KHAN
                          -Plaintiff
VS
ABM INDUSTRIES INCORPORATED
ABM PARKING SERVICES.INC
FIVE STAR U STREET, METROPOLITAN WASHINGTON AIRPORT PARKING LLC
                              AND
U STREET PARKING INC
        --- Defendants
Case :- 1:18CV44-TSE-IDD



PLAINTIFF SUBMIT CLAIM TO AMERICAN ARBITRATION ASSOCIATION

Pursuant to the court order(Doc,18) dated June 8,2018,  On Jun 27,2018 Plaintiff submit claim to American Arbitration Association  and got case # 01-18-0002-4997

ABM defendants counsel also notified about the case number and also requested that as per law to produce the documents as requested as soon as possible to promptly resolve the plaintiff's claim ,

Respectfully Submitted

 /s/ Ahsan khan

AHSAN U KHAN
Plaintiff
43841 Laurel Ridge Drive
Ashburn VA 20147
571-278-2616